UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

Karen Fitzgerald
2453 Brittany Dr
Loveland, CO 80537
970-689-9646

In Re: Paige Johnstone
[Enter the debtor's name(s)]
1305 Squirrel Rd
Wall, NJ 07719

FILED
JEANNE A. [illegible]ON, CLERK
JAN - 2 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY [signature] DEPUTY

Case No.: 23-18809-MBK
[Enter the case number]

Chapter: 13
[Enter the chapter; example: 13]

Hearing Date: 01/24/24
[Enter the hearing date]

Judge: Kaplan
[Enter the Judge's last name]

## NOTICE OF MOTION TO
[Enter the relief sought] to file a late claim

[Enter your name] Karen Fitzgerald has filed papers with the court to [Enter the relief sought] to file a late claim.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: January 24, 2024
[Enter the date of the hearing]

Hearing Time: 9:00 AM
[Enter the time of the hearing]

Hearing Location: Clarkson S. Fisher Courthouse
[Enter the location of the hearing]
402 E State St, 1st floor
Trenton, NJ 08608

Courtroom Number: 8
[Enter the courtroom number]

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

Debtor:
Paige Johnstone
1305 Squirrel Rd
Wall, NJ 07719

Debtor's Attorney
Jeffrey H. Ward
2 Village Ct.
Hazlet, NJ 07730

Trustee
Albert Russo
CN 4853
Trenton, NJ 08650-4853

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 12/28/2023
*[Enter the date this document is signed]*

Signature: Karen Fitzgerald
*[Of the party seeking relief]*